# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THURL H. LIGHT, II,

          Plaintiff,

     v.

D SOTASO,

          Defendant.

Case No.   1:24-cv-01508-JLT-HBK

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL

(Docs. 25, 30)

Plaintiff proceeds pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983 against Defendant Sotaso.

On December 17, 2025, the assigned magistrate judge issued findings and recommendations, recommending that the district court deny Plaintiff's Motion for Summary Judgment. (Docs. 25, 30.) The Court served the findings and recommendations on the Plaintiff and informed him that any objections were due within 14 days. (Doc. 30 at 3.) The Court also warned Plaintiff that the failure to file any objections within the specified time may result in the waiver of certain rights on appeal. (*Id.* (*citing Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).) Plaintiff did not file any objections, and the time to do so has expired. (*See* docket.) Furthermore, after filing the Motion for Summary Judgment and subsequent to the December 17, 2025 findings and recommendations, Plaintiff filed a Second Amended Complaint, docketed on December 18, 2025. (Doc. 33.) Therefore, the pleading upon which Plaintiff's Motion was based

is no longer the operative complaint in this action.

According to the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1.    The findings and recommendations, issued on December 17, 2025 (Doc. 30), are **ADOPTED** in full.

2.    Plaintiff's Motion for Summary Judgment (Doc. 25) is **DENIED**.

IT IS SO ORDERED.

Dated:   **January 30, 2026**

UNITED STATES DISTRICT JUDGE

2