UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURL H. LIGHT, II,<br><br>       Plaintiff,<br><br>   v.<br><br>D SOTASO,<br><br>       Defendant. | Case No.  1:24-cv-01508-JLT-HBK<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO ORDER SETTLEMENT CONFERENCE<br><br>(Doc. 39) |

Pending before the court is Plaintiff's objections to Defendant's request to opt out of settlement conference under Local Rule 270(a).  (Doc. 39).  Therein, Plaintiff objects to Defendant's request to opt out of settlement conference (Doc. 36) and requests the court order Defendant to settle this matter as soon as possible or allow Plaintiff to file a motion for summary judgment.  (*Id.* at 2-3).

A settlement conference is voluntary and can only be fruitful when both sides are open to settlement discussions.  The purpose of Rule 16(c)(1) of the Federal Rules of Civil Procedure, which authorizes settlement conferences is not "to impose settlement negotiations on unwilling litigants."  Fed. R. Civ. P. 16, Advisory Committee's Notes.  Because Defendant has opted out a settlement conference, the Court will not set a settlement conference in this case or order Defendant to settle this matter with Plaintiff.

To the extent Plaintiff requests permission to file a motion for summary judgment, unless

a different time is set local rule or court order, Federal Rule of Civil Procedure 56 permits a party to file a motion for summary judgment any time until thirty days after the close of discovery. Fed. R. Civ. Pro. 56(b).  In its March 4, 2026 Case Management and Scheduling Order, the court set a March 8, 2027 dispositive motion deadline.  (Doc. 38).  Thus, Plaintiff may file a motion for summary judgment at any time prior to that date.

ACCORDINGLY, it is hereby ORDERED:

Plaintiff's request to order settlement conference (Doc.39) is DENIED.

Dated:     March 12, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2